*E-Filed 5/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARVEY, aka ABDUL SHAKUR, | No. C 12-5223 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| WARDEN LEWIS, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 18) is GRANTED. Such motion or a notice regarding such motion shall be filed on or before August 15, 2013. The Clerk shall terminate Docket No. 18.

**IT IS SO ORDERED**.

DATED: May 10, 2013

_____
RICHARD SEEBORG
United States District Judge