*E-filed 8/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARVEY, aka ABDUL SHAKUR, | No. C 12-5223 RS (PR) |
|     Plaintiff, | **ORDER EXTENDING TIME** |
|     v. | |
| WARDEN LEWIS, et al., | |
|     Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 28) is GRANTED. Such motion or a notice regarding such motion shall be filed on or before September 16, 2013. The Clerk shall terminate Docket No. 28.

**IT IS SO ORDERED**.

DATED: August 19, 2013

                                        RICHARD SEEBORG
                                        United States District Judge